STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

MIRIAM JUDITH CARDONA PADILLA

Case No. 11-02491-SEK

Chapter 13

Attorney Name: JIMENEZ QUINONES LAW OFFICES*

## I. Appearances

| | | |
|---|---|---|
| Debtor | [✓] Present | [ ] Absent |
| Joint Debtor | [ ] Present | [ ] Absent |
| Attorney for Debtor | [✓] Present | [ ] Absent |

[ ] Pro-se
[ ] Substitute _____

Date: April 27, 2011
Time: 8:03   Track: _____
[ ] This is debtor(s) _1_ Bankruptcy filing.
Liquidation Value: _____
Creditors

_(signature)_ -BPPR

## II. Oath Administered
[✓] Yes     [ ] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
  [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _07-10_  [ ] Returned
[ ] Federal Tax Returns _____  [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting   [✓] Closed   [ ] Not Held   [ ] Continued _____ at _____

## V. Trustee's Report on Confirmation

[ ] FAVORABLE
[✓] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)
_____
_____
[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
  [ ] State - years _____
  [ ] Federal - years _____

[ ] No DSO certificate (Post-petition)
[ ] Evidence of income
  [ ] Missing   [ ] Incomplete
[ ] Stmt. of Current Monthly Income
  [ ] Incomplete   [ ] Missing
  [ ] Fails commitment period   [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
  [ ] Missing   [ ] More than 180 days
  [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other: _____

# STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
## REPORT OF ACTION TAKEN
## MEETING OF CREDITORS

In re:

MIRIAM JUDITH CARDONA PADILLA

Case No. 11-02491-SEK

Chapter 13    Attorney Name: JIMENEZ QUINONES LAW OFFICES*

**VI. Plan** (Cont.)
Date: March, 25, 2011    Base $ 15,008.00    [X] Filed    Evidence of Pmt shown: USPS m/o
Payments 5 made out of 1 due.    [ ] Not Filed    $200

**VII. Confirmation Hearing Date:** May, 20, 2011

**VIII. Attorney's fees as per R. 2016(b)**
$3,000.00 - $ 350.00 = $ 2,650.00

**IX. Documents to be provided w/in ___ days**

[ ] Amended schedules _____
[ ] Insurance estimate
_____
[ ] Assumption/Rejection executory contract
_____
[ ] Appraisal _____

[ ] Amended S.O.F.A. _____
[ ] Amended plan
[ ] Business Documents
   [ ] Monthly reports for the months
_____
_____

[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
   [ ] Debtor  [ ] Joint debtor
[ ] Other:
_____
_____

[ ] Public Liability Insurance
   [ ] Premises_____
   [ ] Vehicle(s)_____
[ ] Licenses issued by:
_____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other:_____

**COMMENTS**

Note:
2010 - Tax refund of $408 shown at 341, debtor will send payment of refund within 5 days
1) Plan should be clarified as to tax refund, should be 20D
2) Provide evidence that AEELA's used deduction

Trustee/Presiding Officer    Date: April 27, 2011
(Rev.